**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Timothy Ray DARNALL, a.k.a.**
**Timothy Ray Darnell,**
**Defendant–Appellant.**

**No. 04–13140.**
**D.C. Docket No. 04–14009–CR–DMM.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 23, 2005.

Lisette M. Reid, Anne R. Schultz, Eduardo I. Sanchez, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

David Lee Brannon, Assistant Federal Public Defender, West Palm Beach, FL, Kathleen M. Williams, Miami, FL, for Defendant–Appellant.

Before TJOFLAT and BARKETT, Circuit Judges, and FULLER,* Chief District Judge.

PER CURIAM.

Having reviewed the briefs and considered argument of counsel, we find no error as to Appellant's conviction or sentence. *See United States v. Lebovitz,* 401 F.3d 1263 (11th Cir.2005); *United States v. Rodriguez,* 398 F.3d 1291 (11th Cir.2005); *United States v. Murrell,* 368 F.3d 1283 (11th Cir.2004). Accordingly, the conviction and sentence are affirmed.

* Honorable Mark E. Fuller, United States Chief District Judge for the Middle District of Alabama, sitting by designation.